UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **HILRAY HARTMAN** § | Docket No. 2:23-cv-04512 |
| § | |
| § | |
| **Versus** § | Judge: SARAH S. VANCE |
| § | |
| § | |
| **GEOVERA SPECIALTY** § | Magistrate Judge: KAREN WELLS |
| **INSURANCE COMPANY** § | ROBY |

## VOLUNTARY MOTION TO DISMISS

NOW INTO COURT, comes undersigned counsel, and respectfully request this Honorable Court to grant its Voluntary Motion to Dismiss for the reasons set forth below.

1. Plaintiff, HILRAY HARTMAN, initially signed a contract of representation with McKinney, Mosley and Associates (hereinafter "MMA");

2. As this Court is well aware, MMA was subsequently removed from representation in all cases involving Hurricane Ida;

3. The file was referred to the Galindo Law Firm for further handling and Galindo Law firm attempted to contact, without success, Plaintiff;

4. On August 26, 2023, in an abundance of caution and in order to preserve Plaintiff's rights, Galindo Law Firm filed a complaint to avoid any issue of liberative prescription in the matter;

5. Subsequently, undersigned counsel was made aware that the Defendant Insurer, GEOVERA SPECIALTY INSURANCE COMPANY, had reached an agreement to fully and

finally settle the matter with Plaintiff. This was confirmed by an executed Receipt and Release provided to undersigned counsel.

6. Accordingly, upon due consideration of the facts and law, Plaintiff wishes to voluntarily dismiss her claim.

**WHEREFORE,** undersigned counsel respectfully requests this Honorable Court GRANT this Motion and enter an order dismissing the above-referenced claim.

Respectfully Submitted,

*/s/ Mark Ladd_____*
Mark Ladd
Louisiana Bar Number: 30847
mark@galindolaw.com

Chinwe Onyenekwu
Louisiana Bar Number: 34013
chewa@galindolaw.com

Galindo Law Firm
3850 North Causeway Blvd. Ste. 1520
Metairie, Louisiana 70002
Ph. 713-228-3030
Fax 713-228-3003
Email: hurricane@galindolaw.com
**ATTORNEYS FOR PLAINTIFF`**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **HILRAY HARTMAN** | § | Docket No. 2:23-cv-04512 |
| | § | |
| | § | |
| **Versus** | § | Judge: SARAH S. VANCE |
| | § | |
| | § | |
| **GEOVERA SPECIALTY** | § | Magistrate Judge: KAREN WELLS |
| **INSURANCE COMPANY** | § | ROBY |

## ORDER

**CONSIDERING** the above and foregoing Motion to Dismiss;

That this matter be, and hereby is ORDERED, DISMISSED.

Signed this _____ day of _____, 2023.

_____
**JUDGE, EASTERN DISTRICT OF LOUISIANA**